IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-MJ-00086 |
| v. | |
| Janessa Lynn Hannigan | **MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

**IT IS ORDERED that the defendant's pretrial release conditions be modified as follows.**

**ADD:**

- Participate in one of the following location restriction programs and comply with its requirements as directed. **(To be installed this date and removed by U.S. Pretrial Services on Friday, May 26, 2023, prior to entering NWRRC).**
  ( ) Curfew.  You are restricted to your residence every day (    ) from _____ to _____, or (    ) as directed by the pretrial services office or supervising officer; or
  (X) Home Detention.  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;
  ( ) Home Incarceration.  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ) Stand Alone Monitoring.  You have no residential curfew restrictions.  However, you must comply with the location or travel restrictions as imposed by the court.  Note:  This component should be used in conjunctions with global positioning system (GPS) technology.
- Submit to the following location monitoring technology and comply with its requirements as directed.
  ( ) Location monitoring technology as directed by the pretrial services or supervising officer
  ( ) Voice Recognition
  ( ) Radio Frequency (RF)
  (X) GPS
- Pay all or part of the cost of location monitoring based on your ability to pay as determined by the pretrial services or supervising officer.
- Reside at a community corrections center (CCC) and abide by all rules of the facility until otherwise notified by U.S. Pretrial Services. The defendant shall appear before the Duty Magistrate Judge for a status hearing if still residing at the CCC after 60 days.
- The defendant shall engage in Project Nurture should she qualify for services and participate in treatment services through Lifeline Connections as directed by Pretrial Services.

- The defendant shall not have direct or indirect contact with the following named persons without permission by the Pretrial Services Officer: Liam Geoffrey Yahn.

**IT IS SO ORDERED THIS** ___22nd___ **day of** ___May_____, **2023.**

_Stacie F. Beckerman_

_____
The Honorable Stacie F. Beckerman
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**